**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| KENNETH CUNNINGHAM, | |
| Plaintiff, | |
| v. | PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL |
| CAVALRY PORTFOLIO SERVICES, LLC, | |
| Defendant. | |

KENNETH CUNNINGHAM ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., allege the following against CAVALRY PORTFOLIO SERVICES, LLC, ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of New York and regularly conducts business in the state of Alabama and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Sylacauga, Talladega County, Alabama.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owe a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a company located in Hawthorne, New York.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Defendant is attempting to collect from Plaintiff a debt allegedly owed to Citifinancial.

12. On or about January 12, 2011, Defendant began placing collection calls to Plaintiff from multiple numbers including 602-667-0128 and 800-861-4838.

13. Defendant is placing collection calls to Plaintiff up to three times per day attempting to collect upon the alleged debt at issue.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff; and

   b. Defendant violated *§1692d(5)* of the FDCPA by causing the telephone to ring or engaged any person in telephone conversations repeatedly.

WHEREFORE, Plaintiff, KENNETH CUNNINGHAM, respectfully requests judgment be entered against Defendant, CAVALRY PORTFOLIO SERVICES, LLC, for the following:

15.  Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

16.  Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

17.  Any other relief that this Honorable Court deems appropriate.

           RESPECTFULLY SUBMITTED,

DATED:  June 28, 2011

        By:  /s/ M. Brandon Walker
          M. Brandon Walker
          Walker McMullan, LLC
          242 West Valley Avenue
          Suite 312
          Birmingham, Alabama 35209

          Of Counsel
          Krohn & Moss, Ltd.
          10474 Santa Monica Blvd., Suite 401
          Los Angeles, CA 90025

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KENNETH CUNNINGHAM, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ALABAMA)

Plaintiff, KENNETH CUNNINGHAM, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KENNETH CUNNINGHAM, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

4-7-11
Date

Kenneth Cunningham
KENNETH CUNNINGHAM