UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| KENNETH CUNNINGHAM, | - | |
|---|---|---|
| Plaintiff, | - | 1:11-CV-2316-RBP |
| v. | - | |
| CAVALRY PORTFOLIO SERVICES, LLC, | - | |
| Defendant. | - | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KENNETH CUNNINGHAM, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///                                   Respectfully Submitted,


DATED:  August 5, 2011              KROHN & MOSS, LTD.

                                    By: /s/ M. Brandon Walker           _
                                        M. Brandon Walker, Esq.

CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

    Penny Shemtob, Esq.
    Litigation Counsel
    Cavalry Portfolio Services, LLC
    500 Summit Lake Drive
    Suite 400
    Valhalla, New York 10595
    pshemtob@cavps.com

    /s/ M. Brandon Walker
    M. Brandon Walker, Esq.
    Attorney for Plaintiff