# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

**KENNETH CUNNINGHAM**

    **Plaintiff,**

**v.**                                                **CASE NO: 1:11-cv-2316-RBP**

**CAVALRY PORTFOLIO SERVICES, LLC**

    **Defendant.**

## DISMISSAL ORDER

Based upon Plaintiff's Voluntary Dismissal filed on August 24, 2011 and pursuant to FRCP 41(a)(1)(A), the above-referenced action is **DISMISSED, WITHOUT PREJUDICE**, each party to bear own fees and costs.

**DONE** and **ORDERED** this the 25th day of August, 2011.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**